JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RUDY ABASTA, | ) | No. CV 13-00747-AHS (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DANIEL PARAMO, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: February 8, 2013

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
SENIOR UNITED STATES DISTRICT JUDGE